IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Benton, Che'von M

Printed: 9/11/07

Case Number: 06 B 11830
Judge: Wedoff, Eugene R
Filed: 9/20/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  September 6, 2007
Confirmed:  November 9, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,816.62 |  |
| Secured: |  | 1,000.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,676.64 |
| Trustee Fee: |  | 139.98 |
| Other Funds: |  | 0.00 |
| Totals: | 2,816.62 | 2,816.62 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,510.00 | 1,676.64 |
| 2. | CitiFinancial Auto Credit Inc | Secured | 10,551.48 | 1,000.00 |
| 3. | Educational Credit Management Corp | Unsecured | 423.31 | 0.00 |
| 4. | Peoples Energy Corp | Unsecured | 31.89 | 0.00 |
| 5. | Capital One | Unsecured | 206.33 | 0.00 |
| 6. | CitiFinancial Auto Credit Inc | Unsecured | 1,192.48 | 0.00 |
| 7. | B-Real LLC | Unsecured | 32.41 | 0.00 |
| 8. | American Express Centurion | Unsecured | 136.59 | 0.00 |
| 9. | Capital One | Unsecured | 142.81 | 0.00 |
| 10. | AFNI | Unsecured |  | No Claim Filed |
| 11. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 12. | Credit Management Service | Unsecured |  | No Claim Filed |
| 13. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 14. | ER Solutions | Unsecured |  | No Claim Filed |
| 15. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 16. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 17. | Professional Account Management | Unsecured |  | No Claim Filed |
| 18. | Western International University | Unsecured |  | No Claim Filed |
| 19. | Wells Fargo Ed Fin Servs | Unsecured |  | No Claim Filed |
| 20. | Rapid Collections | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 15,227.30 | $ 2,676.64 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 96.89 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Benton, Che'von M

Printed:  9/11/07

Case Number:  06 B 11830
Judge:  Wedoff, Eugene R
Filed:  9/20/06

                                         5.4%                        43.09
                                                                           _____
                                                                               $ 139.98

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                    Marilyn O. Marshall, Trustee, by:

                    */s/ Denise Ashley*
                    _____